IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| Bobby Jean Sass, | ) | Civil Action No. 2:17-1501-RMG |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | **ORDER AND OPINION** |
| Wells Fargo Bank, N.A., | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's motion to reconsider the Court's order adopting the Magistrate Judge's report and recommendation and remanding this matter to state court *sua sponte* for lack of subject-matter jurisdiction. (Dkt. No. 23). Plaintiff, proceeding *pro se*, originally filed this action in the Berkeley County Court of Common Pleas on February 26, 2016. The Court of Common Pleas dismissed Plaintiff's action on May 8, 2017. (Dkt. No. 1-2 at 3.) He then removed to this Court. This Court remanded the matter back to the Berkeley County Court of Common Pleas because a Plaintiff cannot remove his own case to federal court.

No party filed objections to the Report and Recommendation, but Plaintiff now moves for reconsideration of the Court's order remanding this case. Plaintiff's motion to reconsider is patently frivolous. He argues that he is an "American National of the united States of America" but "who privately resides in a privately domicile outside of Federal District in a non-military private estate located outside of a Federal District not subject to the jurisdiction of the 'United States.'" (Dkt. No. 23.) The domicile Plaintiff claims to be outside of this District is 101 Kirk Court, Summerville, South Carolina (which he calls "South Carolina Republic"). He argues the order remanding his case was not a "judicial review" because the order is "based upon statutes and codes." (*Id.*) He argues that corporations cannot sue "an American National." (*Id.*)

-1-

The Court therefore **DENIES** the motion to reconsider. Further, this matter has been remanded to the Berkeley County Court of Common Pleas. The Clerk of Court is directed not to accept any future filings from Plaintiff in this matter, other than a notice of appeal.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

October 13, 2017
Charleston, South Carolina